IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANUEL GUDIEL GARCIA**, *et al.*, | )<br>)<br>) |
| **Plaintiffs.** | )<br>)   Case No. 1:11-cv-00527-RBW |
| v. | )<br>) |
| **KATHLEEN SEBELIUS**, *et al.*, | )<br>) |
| **Defendants.** | )<br>) |

## NOTICE OF APPEAL

Notice is hereby given this 25th day of February, 2013, that all Plaintiffs, Manuel Gudiel Garcia, *et al.*, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Order (Dkt. 40) of this court entered on the 29th day of January, 2013, vacating in part the Court's June 13, 2012 Memorandum Opinion and Order, insofar as the Court purported to condition its vacatur of the Clerk's entry of default against defendant Roses upon her payment of fees and costs to the plaintiffs; and ordering that the Clerk's entry of default against Defendant Roses be stricken.

Dated: February 25, 2013          Respectfully submitted,

/s/ Terrence Collingsworth

Terrence Collingsworth (DC Bar No. 471830)
tc@conradscherer.com
Conrad & Scherer, LLP
1156 15th St. NW, Suite 502
Washington D.C. 20005
Phone: 202-543-4001
Fax: 1-866-803-1125

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of February, 2013, a copy of the foregoing was served via CM-ECF and U.S. First Class Mail on the following parties:

**Laura K. Smith**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146
Washington, DC 20044
*Counsel for all Federal Defendants*

**Jeffrey T. Green**
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
*Counsel for Defendant Mirta Roses Periago*

      /s/ Terrence Collingsworth
      _____
      Terrence Collingsworth