# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:11−cv−00527−RBW

GARCIA et al v. SEBELIUS et al

Assigned to: Judge Reggie B. Walton

Case in other court:  12−05257

Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 03/14/2011

Date Terminated: 06/24/2011

Jury Demand: Plaintiff

Nature of Suit: 360 P.I.: Other

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MANUEL GUDIEL GARCIA**
*As Heirs of CELSO RAMIREZ REYES,*
*FEDERICO RAMOS MESA, MARTA*
*CESAREA PEREZ RUIZ, VICTOR*
*MANUEL TECU FLORIAN and Jane and*
*John Does, all individually and on behalf*
*of proposed Class Members*

represented by **Rachel A. Sheridan**
CONRAD &SCHERER
1156 15th Street, NW
Suite 502
Washington, DC 20006
(202) 543−4001
Fax: (866) 803−1125
Email: rsheridan@conradscherer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry P. Collingsworth**
CONRAD &SCHERER, LLP
1156 15th Street, NW
Suite 502
Washington, DC 20005
(202) 543−4001
Fax: 1−866−803−1125
Email: tc@conradscherer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Piper M. Hendricks**
CONRAD &SCHERER, LLP
1156 15th Street, NW
Suite 502
Washington, DC 20005
(202) 527−7986
Fax: (866) 803−1125
Email: phendricks@conradscherer.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GONZALO RAMIREZ TISTA**
*As Heirs of CELSO RAMIREZ REYES,*
*FEDERICO RAMOS MESA, MARTA*
*CESAREA PEREZ RUIZ, VICTOR*
*MANUEL TECU FLORIAN and Jane and*

represented by **Rachel A. Sheridan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John Does, all individually and on behalf
of proposed Class Members

**Terry P. Collingsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Piper M. Hendricks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**VICTORIA RAMIREZ TISTA**
*As Heirs of CELSO RAMIREZ REYES,*
*FEDERICO RAMOS MESA, MARTA*
*CESAREA PEREZ RUIZ, VICTOR*
*MANUEL TECU FLORIAN and Jane and*
*John Does, all individually and on behalf*
*of proposed Class Members*

represented by **Terry P. Collingsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Piper M. Hendricks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CELSO RAMIREZ TISTA**
*As Heirs of CELSO RAMIREZ REYES,*
*FEDERICO RAMOS MESA, MARTA*
*CESAREA PEREZ RUIZ, VICTOR*
*MANUEL TECU FLORIAN and Jane and*
*John Does, all individually and on behalf*
*of proposed Class Members*

represented by **Rachel A. Sheridan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry P. Collingsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Piper M. Hendricks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KATHLEEN G. SEBELIUS**
*Secretary, U.S. Department of Health*
*&Human Services (DHHS)(formerly*
*Department of Health, Education and*
*Welfare (HEW))*

represented by **Laura Katherine Smith**
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 7146
Washington, DC 20044
(202) 616−0419
Email: laura.smith2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HOWARD K. KOH**
*M.D.,MPH, Assistant Secretary for*

represented by **Laura Katherine Smith**
(See above for address)

Health U.S. Department of Health
&Human Services (DHHS)(overseer of
the U.S. Public Health Service (PHS))

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**REGINA M. BENJAMIN**
*VICE ADMIRAL, M.D., Surgeon General,*
*U.S. Public Health Service (PHS))*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS FRIEDEN**
*M.D., MPH, Director, U.S. Center for*
*Disease Control and Prevention("CDC"),*
*a center of U.S. Department of Health*
*&Human Services (DHHS)*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RIMA KHABBAZ**
*M.D., Director, Office of Infectious*
*Diseases, U.S. Center for Disease Control*
*and Prevention (CDC)*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KEVIN FENTON**
*M.D., PH.D., Director, National Center*
*for HIV/AIDS, Viral Hepatitis, STD and*
*TB Prevention, a subdivision of the Office*
*of INfectious Disease of the U.S. Center*
*for Disease Control and Prevention*
*(CDC)*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GAIL BOLAN**
*Director, Division of STD Prevention*
*(formerly The Venereal Disease Research*
*Laboratory ("VDRL"), formerly a division*
*of HEW), a division of the National*
*Center for HIV/AIDS, Viral Hepatitis,*
*STD and TB Prevention, a subdividion*
*(CDC)*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HAROLD VARMUS**
*M.D., Director, The National Cancer*
*Institute, a division of The National*
*Institutes of Health, a division of DHHS*

represented by  **Laura Katherine Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MIRTA ROSES PERIAGO**
*Director, Pan−American Health*
*Organization (formerly the*
*Pan−American Sanitary Bureau)*

represented by **Jeffrey T. Green**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736−8291
Fax: (202) 736−8711
Email: jgreen@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**
*Substituted as sole defendant on Counts 1*
*and 2 of this lawsuit*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/14/2011 | 1 | | COMPLAINT against REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, MIRTA ROSES PERIAGO, KATHLEEN SEBELIUS, HAROLD VARMUS ( Filing fee $ 350, receipt number 4616037182) filed by MANUEL GUDIEL GARCIA,GONZALO RAMIREZ TISTA,VICTORIA RAMIREZ TISTA,CELSO RAMIREZ TISTA . (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 03/16/2011) |
| 03/14/2011 | | | SUMMONS (11) Issued as to REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, MIRTA ROSES PERIAGO, KATHLEEN SEBELIUS, HAROLD VARMUS, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 03/16/2011) |
| 06/07/2011 | 2 | | Joint MOTION for Extension of Time to *Affect Service of Process* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Collingsworth, Terry) (Entered: 06/07/2011) |
| 06/14/2011 | 3 | | ORDER. The parties shall appear before the Court for a hearing on the merits of the Joint Motion to Extend Deadline for Service at 10:15 a.m. on June 24, 2011. Signed by Judge Reggie B. Walton on 6/14/2011 (lcrbw1). (Entered: 06/14/2011) |
| 06/14/2011 | | | Set/Reset Hearings: Motion Hearing set for 6/24/2011 10:15 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 06/14/2011) |
| 06/24/2011 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Motion Hearing held on 6/24/2011. (Status Conference set for 9/2/2011 10:00 AM in Courtroom 16 before Judge Reggie B. Walton.). (Court Reporter Cathryn Jones.) (mpt, ) (Entered: 06/24/2011) |
| 06/24/2011 | | | Set/Reset Hearings: Status Conference reset for 9/2/2011 09:45 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 06/24/2011) |
| 06/24/2011 | 4 | | ORDER granting 2 Motion to Extend Deadline for Service. The plaintiffs shall |

| | | | |
|---|---|---|---|
| | | | serve the defendants in accordance with the Federal Rules of Civil Procedure within sixty days after the Presidential Commission for the Study of Bioethical Issues publishes its report regarding sexually transmitted disease studies conducted by the United States Public Health Service in Guatemala. This case is stayed and administratively closed until further order from the Court. Finally, the parties shall appear before the Court for a status conference at 9:45 a.m. on September 2, 2011. Signed by Judge Reggie B. Walton on 6/24/2011 (lcrbw1). (Entered: 06/24/2011) |
| 06/24/2011 | | | Set/Reset Deadlines/Hearings: Status Conference scheduled for 9/2/2011 at 9:45 AM in Courtroom 16 before Judge Reggie B. Walton. (tg, ) (Entered: 06/24/2011) |
| 07/15/2011 | 5 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MIRTA ROSES PERIAGO served on 7/12/2011, answer due 8/2/2011 (Collingsworth, Terry) (Entered: 07/15/2011) |
| 08/25/2011 | 6 | | STATUS REPORT *Joint Status Report* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Collingsworth, Terry) (Entered: 08/25/2011) |
| 08/30/2011 | 7 | | NOTICE of Appearance by Piper M. Hendricks on behalf of All Plaintiffs (Hendricks, Piper) (Entered: 08/30/2011) |
| 09/01/2011 | 8 | | NOTICE of Appearance by Laura Katherine Smith on behalf of REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN SEBELIUS, HAROLD VARMUS (Smith, Laura) (Entered: 09/01/2011) |
| 09/01/2011 | 9 | | ORDER. The status conference originally scheduled for 9:45 a.m. on September 2, 2011, is continued to 3:45 p.m. on October 4, 2011. Signed by Judge Reggie B. Walton on 9−1−11. (lcrbw3) (Entered: 09/01/2011) |
| 09/02/2011 | | | Set/Reset Hearings: Status Conference reset for 10/4/2011 03:45 PM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 09/02/2011) |
| 09/14/2011 | 10 | | MOTION for Entry of Default by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA (Attachments: # 1 Attachment A, # 2 Text of Proposed Order)(Collingsworth, Terry) (Entered: 09/14/2011) |
| 09/15/2011 | | | (ENTERED IN ERROR. . . . .)NOTICE OF ERROR re 10 Motion for Entry of Default; emailed to tc@conradscherer.com, cc'd 4 associated attorneys −− The PDF file you docketed contained errors: 1. You must docket the Return of Service(s) separately (td, ) Modified on 9/15/2011 (td, ). (Entered: 09/15/2011) |
| 09/15/2011 | 11 | | STRICKEN PURSUANT TO 40 ORDER.....Clerk's ENTRY OF DEFAULT as to MIRTA ROSES PERIAGO (td, ) Modified on 1/30/2013 (jf, ). (Entered: 09/15/2011) |
| 10/04/2011 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Status Conference held on 10/4/2011. Further Status Conference set for 6/5/2012 09:00 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Cathryn Jones.) (mpt, ) (Entered: 10/06/2011) |

| | | | |
|---|---|---|---|
| 10/05/2011 | 12 | | Joint MOTION for Order *adopting Proposed Briefing Schedule* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA (Attachments: #1 Text of Proposed Order)(Collingsworth, Terry) (Entered: 10/05/2011) |
| 10/06/2011 | | | ORDER granting 12 Motion. The Court hereby adopts the parties' Joint Proposed Briefing Schedule and accordingly ORDERS as follows: (1) the plaintiffs shall serve their first amended complaint, if they intend to make such a filing, by November 10, 2011; (2) the federal defendants shall answer or otherwise respond to the plaintiffs' first amended complaint by January 9, 2012; (3) the plaintiffs shall file their response in opposition to the federal defendants' motion to dismiss, if any, by March 9, 2012; and (4) the federal defendants shall file their brief in reply to the plaintiffs' opposition, if any, by April 9, 2012. Signed by Judge Reggie B. Walton on 10−6−11 (lcrbw3). (Entered: 10/06/2011) |
| 10/06/2011 | 13 | | MOTION for Default Judgment as to *PAHO Director Periago* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA (Attachments: #1 Declaration, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Text of Proposed Order)(Hendricks, Piper) (Entered: 10/06/2011) |
| 10/07/2011 | | | Set/Reset Deadlines: First Amended Complaint due by 11/10/2011, Answer to First Amended Complaint due by 1/9/2012, Opposition to Motion to Dismiss due by 3/9/2012, Reply to Opposition to Motion to Dismiss due by 4/9/2012. (mpt, ) (Entered: 10/07/2011) |
| 10/07/2011 | 14 | | NOTICE *of Corrected Filing* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA re 13 MOTION for Default Judgment as to *PAHO Director Periago* (Attachments: #1 Certificate of Service)(Hendricks, Piper) (Entered: 10/07/2011) |
| 11/10/2011 | 15 | | First AMENDED COMPLAINT against REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, MIRTA ROSES PERIAGO, KATHLEEN G. SEBELIUS, HAROLD VARMUS filed by GONZALO RAMIREZ TISTA, CELSO RAMIREZ TISTA, MANUEL GUDIEL GARCIA, VICTORIA RAMIREZ TISTA.(rdj) (Entered: 11/10/2011) |
| 01/09/2012 | 16 | | NOTICE of Appearance by Jeffrey T. Green on behalf of MIRTA ROSES PERIAGO (Green, Jeffrey) (Entered: 01/09/2012) |
| 01/09/2012 | 17 | | MOTION to Dismiss for Lack of Jurisdiction by MIRTA ROSES PERIAGO (Attachments: #1 Text of Proposed Order, #2 Exhibit Attachment A)(Green, Jeffrey) (Entered: 01/09/2012) |
| 01/09/2012 | 18 | | MOTION to Substitute Party *United States on Counts 1 and 2* by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS (Attachments: #1 Exhibit Scope of Employment Certification, #2 Text of Proposed Order)(Smith, Laura) (Entered: 01/09/2012) |
| 01/09/2012 | 19 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Dismiss *Claims Against the United States* by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS (Attachments: #1 Exhibit Bioethics Commission Report, #2 Text of Proposed Order)(Smith, Laura) (Entered: 01/09/2012) |
| 01/09/2012 | 20 | | MOTION to Dismiss *Claims Against Individuals* by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS (Attachments: #1 Exhibit Bioethics Commission Report, #2 Text of Proposed Order)(Smith, Laura) (Entered: 01/09/2012) |
| 03/09/2012 | 21 | | RESPONSE (opposition) re 17 MOTION to Dismiss for Lack of Jurisdiction *PAHO DIRECTOR MIRTA ROSES PERIAGO* filed by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Collingsworth, Terry) Modified on 3/12/2012 (td, ). (Entered: 03/09/2012) |
| 03/09/2012 | 22 | | RESPONSE re 20 MOTION to Dismiss *Claims Against Individuals*, 18 MOTION to Substitute Party *United States on Counts 1 and 2*, 19 MOTION to Dismiss *Claims Against the United States* filed by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Collingsworth, Terry) (Entered: 03/09/2012) |
| 04/09/2012 | 23 | | REPLY to opposition to motion re 20 MOTION to Dismiss *Claims Against Individuals* filed by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS. (Smith, Laura) (Entered: 04/09/2012) |
| 04/09/2012 | 24 | | REPLY to opposition to motion re 18 MOTION to Substitute Party *United States on Counts 1 and 2* filed by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS. (Smith, Laura) (Entered: 04/09/2012) |
| 04/09/2012 | 25 | | REPLY to opposition to motion re 19 MOTION to Dismiss *Claims Against the United States* filed by REGINA M. BENJAMIN, GAIL BOLAN, KEVIN FENTON, THOMAS FRIEDEN, RIMA KHABBAZ, HOWARD K. KOH, KATHLEEN G. SEBELIUS, HAROLD VARMUS. (Smith, Laura) (Entered: 04/09/2012) |
| 04/09/2012 | 26 | | REPLY to opposition to motion re 17 MOTION to Dismiss for Lack of Jurisdiction filed by MIRTA ROSES PERIAGO. (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Green, Jeffrey) (Entered: 04/09/2012) |
| 05/02/2012 | | | Set/Reset Hearings: Status Conference originally set on 6/5/12 was reset for 7/25/2012 10:45 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt) (Entered: 05/02/2012) |
| 06/13/2012 | 27 | | ORDER denying 10 Motion for Entry of Default; denying 13 Motion for Default Judgment; granting 17 Motion to Dismiss for Lack of Jurisdiction; granting 18 Motion to Substitute Party; granting 19 Motion to Dismiss; granting 20 Motion to Dismiss. In accordance with the Memorandum Opinion |

| | | | |
|---|---|---|---|
| | | | entered this same date, it is ORDERED that the United States' Motion for Substitution on Counts 1 and 2 is GRANTED. It is further ORDERED that the United States' Motion to Dismiss is GRANTED. It is further ORDERED that the Individual Federal Defendants' Motion to Dismiss is GRANTED. It is further ORDERED that Defendant Mirta Roses' Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED. It is further ORDERED that the plaintiffs' First Amended Complaint is DISMISSED with prejudice in its entirety. It is further ORDERED that the plaintiffs' Motion for Entry of Default Judgment as to Defendant PAHO Director Periago is DENIED. It is further ORDERED that the Clerk's entry of default against defendant Roses, which was entered on September 15, 2011, will be vacated by the Court contingent upon Roses's reimbursement of the plaintiffs' reasonable fees and costs incurred as a result of Roses's default. The plaintiffs shall submit to the Court a bill of costs on or before June 20, 2012. The parties thereafter shall file a joint status report on or before June 27, 2012, apprising the Court as to whether there is any dispute regarding the amount of the plaintiffs' claim for costs and fees. If there is such a dispute, the parties shall set forth their respective positions in the joint status report, which shall not exceed ten pages. If there is no such dispute, Roses shall indicate the expected date by which she expects to pay the plaintiffs for their fees and costs awarded by the Court. It is further ORDERED that this case is CLOSED. Signed by Judge Reggie B. Walton on 6−13−12 (lcrbw3). (Entered: 06/13/2012) |
| 06/13/2012 | 28 | | MEMORANDUM OPINION. Signed by Judge Reggie B. Walton on 6−13−12 (lcrbw3). (Entered: 06/13/2012) |
| 06/14/2012 | | | Set/Reset Deadlines: Bill of Costs due by 6/20/2012. Joint Status Report due by 6/27/2012 (mpt) (Entered: 06/14/2012) |
| 06/19/2012 | 29 | | BILL OF COSTS by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Attachments: # 1 Bill of Costs, # 2 Declaration of Piper Hendricks in Support of Application, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Collingsworth, Terry) (Entered: 06/19/2012) |
| 06/27/2012 | 30 | | STATUS REPORT *JOINT* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Collingsworth, Terry) (Entered: 06/27/2012) |
| 08/13/2012 | 31 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 27 Order on Motion for Entry of Default, Order on Motion for Default Judgment, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Substitute Party,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. Filing fee $ 455, receipt number 0090−3034878. Fee Status: Fee Paid. Parties have been notified. (Collingsworth, Terry) (Entered: 08/13/2012) |
| 08/13/2012 | | | MINUTE ORDER. The Court having considered the Parties' Joint Status Report Regarding Plaintiffs' Application to the Clerk to Tax Costs and Fees Against Defendant Mirta Roses Periago ("Roses") 30 , and it appearing that further briefing is required on the issue of whether this Court possesses the authority to impose costs on defendant Roses, it is hereby ORDERED that defendant Roses shall submit a memorandum on or before August 28, 2012, |

| | | | |
|---|---|---|---|
| | | | addressing in greater detail whether district courts have the authority to impose costs and sanctions on entities and individuals that are entitled to immunity under the International Organizations Immunities Act of 1945. It is further ORDERED that the plaintiffs shall file a brief in opposition to defendant Roses's memorandum on or before September 11, 2012. It is further ORDERED that defendant Roses shall submit a brief in reply to the plaintiffs' opposition on or before September 18, 2012. Signed by Judge Reggie B. Walton on 8−13−12. (lcrbw3, ) (Entered: 08/13/2012) |
| 08/14/2012 | | | Set/Reset Deadlines: Memorandum 8/28/12; brief in opposition due by 9/11/12; brief in reply 9/18/12;(mpt) (Entered: 08/14/2012) |
| 08/14/2012 | 32 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date 8/13/12 re 31 Notice of Appeal to DC Circuit Court,. (td, ) (Entered: 08/14/2012) |
| 08/16/2012 | | | USCA Case Number 12−5257 for 31 Notice of Appeal to DC Circuit Court, filed by MANUEL GUDIEL GARCIA, GONZALO RAMIREZ TISTA, CELSO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (td, ) (Entered: 08/17/2012) |
| 08/24/2012 | 33 | | NOTICE of Appearance by Rachel A. Sheridan on behalf of All Plaintiffs (Sheridan, Rachel) (Entered: 08/24/2012) |
| 08/28/2012 | 34 | | SUPPLEMENTAL MEMORANDUM re Minute Order filed 8/13/2012 filed by MIRTA ROSES PERIAGO. (Attachments: # 1 Exhibit)(Green, Jeffrey) Modified event title on 9/20/2012 (znmw, ). (Entered: 08/28/2012) |
| 09/10/2012 | 35 | | NOTICE *OF TRANSCRIPT OF PROCEEDINGS* by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA (Collingsworth, Terry) (Entered: 09/10/2012) |
| 09/11/2012 | 36 | | Supplemental Record on Appeal transmitted to US Court of Appeals USCA Case Number 12−5257. (jf, ) (Entered: 09/11/2012) |
| 09/11/2012 | 37 | | RESPONSE re 34 Supplemental Memorandum filed by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. (Collingsworth, Terry) Modified event title and link on 9/20/2012 (znmw, ). (Entered: 09/11/2012) |
| 09/18/2012 | 38 | | REPLY re 34 Supplemental Memorandum filed by MIRTA ROSES PERIAGO. (Green, Jeffrey) Modified link on 9/20/2012 (znmw, ). (Entered: 09/18/2012) |
| 11/06/2012 | 39 | | ORDER of USCA as to 31 Notice of Appeal to DC Circuit Court, filed by MANUEL GUDIEL GARCIA, GONZALO RAMIREZ TISTA, CELSO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA ; ORDERED that the motion be granted, and this case is hereby held in abeyance pending further order of the court. USCA Case Number 12−5257. (md, ) (Entered: 11/16/2012) |
| 01/29/2013 | 40 | 13 | ORDER. In accordance with the Memorandum Opinion issued this same date, it is ORDERED that the Court's June 13, 2012 Memorandum Opinion and Order 27 28 is VACATED IN PART, insofar as the Court purported to condition its vacatur of the Clerk's entry of default against defendant Roses upon her payment of fees and costs to the plaintiffs. It is further ORDERED |

| | | | |
|---|---|---|---|
| | | | that the Clerk's entry of default against Roses 11 is STRICKEN from the docket. It is further ORDERED that the Clerk is directed to transmit copies of this Order and the accompanying Memorandum Opinion forthwith to the District of Columbia Circuit. Signed by Judge Reggie B. Walton on 1−29−2013. (lcrbw3) (Entered: 01/29/2013) |
| 01/29/2013 | 41 | | MEMORANDUM OPINION. Signed by Judge Reggie B. Walton on 1−29−2013. (lcrbw3) (Entered: 01/29/2013) |
| 02/04/2013 | 42 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 41 Memorandum &Opinion, 40 Order,, ;USCA Case Number 12−5257. (td, ) (Entered: 02/04/2013) |
| 02/25/2013 | 43 | 11 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 40 Order,, by MANUEL GUDIEL GARCIA, CELSO RAMIREZ TISTA, GONZALO RAMIREZ TISTA, VICTORIA RAMIREZ TISTA. Filing fee $ 455, receipt number 0090−3229026. Fee Status: Fee Paid. Parties have been notified. (Collingsworth, Terry) (Entered: 02/25/2013) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **MANUEL GUDIEL GARCIA**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| | ) | **Case No. 1:11-cv-00527-RBW** |
| **v.** | ) | |
| | ) | |
| **KATHLEEN SEBELIUS**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

_____ )

## NOTICE OF APPEAL

Notice is hereby given this 25th day of February, 2013, that all Plaintiffs, Manuel Gudiel

Garcia, *et al.*, hereby appeal to the United States Court of Appeals for the District of Columbia

Circuit the Order (Dkt. 40) of this court entered on the 29th day of January, 2013, vacating in part

the Court's June 13, 2012 Memorandum Opinion and Order, insofar as the Court purported to

condition its vacatur of the Clerk's entry of default against defendant Roses upon her payment of

fees and costs to the plaintiffs; and ordering that the Clerk's entry of default against Defendant

Roses be stricken.

Dated: February 25, 2013                 Respectfully submitted,

                                         /s/ Terrence Collingsworth

                                         _____
                                         Terrence Collingsworth (DC Bar No. 471830)
                                         tc@conradscherer.com
                                         Conrad & Scherer, LLP
                                         1156 15th St. NW, Suite 502
                                         Washington D.C. 20005
                                         Phone: 202-543-4001
                                         Fax: 1-866-803-1125

                                         *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2013, a copy of the foregoing was served via CM-ECF and U.S. First Class Mail on the following parties:

**Laura K. Smith**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146
Washington, DC 20044
*Counsel for all Federal Defendants*

**Jeffrey T. Green**
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
*Counsel for Defendant Mirta Roses Periago*

/s/ Terrence Collingsworth

Terrence Collingsworth

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MANUEL GUDIEL GARCIA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-527 (RBW) |
| | ) | |
| KATHLEEN SEBELIUS, | ) | |
| Secretary of Health and Human Services, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this same date, it is

**ORDERED** that the Court's June 13, 2012 Memorandum Opinion and Order is

**VACATED IN PART**, insofar as the Court purported to condition its vacatur of the Clerk's

entry of default against defendant Roses upon her payment of fees and costs to the plaintiffs.  It

is further

**ORDERED** that the Clerk's entry of default against Roses [ECF No. 11] is **STRICKEN**

from the docket.  It is further

**ORDERED** that the Clerk is directed to transmit copies of this Order and the

accompanying Memorandum Opinion forthwith to the District of Columbia Circuit.

**SO ORDERED** this 29th day of January, 2013.

REGGIE B. WALTON
United States District Judge